```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS074460
Cashier ID: rtanker
Transaction Date: 03/10/2021
Payer Name: Tarek Mentouri

CIVIL FILING FEE- NON-PRISONER
 For: Tarek Mentouri
 Case/Party: D-NVX-2-21-CV-000403-001
 Amount:         $402.00

CHECK/MONEY ORDER
 Remitter: JAY LANGNER
 Check/Money Order Num: 4936
 Amt Tendered: $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

21cv403

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```