# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAREK MENTOURI,<br><br>      Plaintiff,<br><br>v.<br><br>INTREPID WEB SERVICES, LLC,<br><br>      Defendant. | Case No. 2:21-cv-00403-KJD-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has not done so. *See* Docket. Accordingly, Plaintiff must file a certificate of interested parties no later than August 19, 2021.

IT IS SO ORDERED.

Dated: August 5, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1