# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAREK MENTOURI,<br>    Plaintiff,<br>v.<br>INTREPID WEB SERVICES, LLC,<br>    Defendant. | Case No.: 2:21-cv-00403-KJD-NJK<br>**Order** |

Plaintiff was ordered to file a certificate of interested parties by August 19, 2021. Docket No. 4. Plaintiff has failed to comply with the Court's order. The Court therefore **ORDERS** Plaintiff to file a certificate of interested parties, no later than September 10, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING BUT NOT LIMITED TO CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: August 31, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1