My address has changed. It is no longer 1801 Glade St Nashville, TN 37207. It is now 4110 Idaho Ave Nashville, TN 37209. Please update.

Tarek Isaac Mentouri

Case 2:21-cv-00403-KJD-NJK Mentouri v. Intrepid Web Services, LLC
4110 Idaho Ave Nashville, TN 37209 is my new address please note.