1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TAREK MENTOURI

    Plaintiff(s),

  vs.

INTREPID WEB SERVICES, LLC,

    Defendant(s).

Case # 2:21-cv-00403-KJD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Chris Swift_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____DAVIS WRIGHT TERMAINE LLP_____
(firm name)

with offices at _____1300 SW Fifth Avenue, Ste 2400_____,
(street address)

_____Portland_____, _____Oregon_____, _____97201_____,
(city) (state) (zip code)

_____(503) 241 2300_____, _____chrisswift@dwt.com_____.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by
_____INTREPID WEB SERVICES, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __10/01/2015__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Oregon__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC District of Oregon | 12/14/2015 | 154291 |
| Supreme Court of the United States | 08/03/2020 | 313309 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Oregon State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   OREGON        )
                         )
COUNTY OF  MULTNOMAH     )

____Chris Swift_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____Chris Swift_____
Petitioner's signature

Subscribed and sworn to before me this

__11th____ day of __October_____, 2021.

[OFFICIAL STAMP  AMBER JACKSON BERG  NOTARY PUBLIC-OREGON  COMMISSION NO. 979235  MY COMMISSION EXPIRES SEPTEMBER 18, 2022]

_____
Notary Public or Clerk of Court

Online Notary Public.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jeff Silvestri_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____2300 W. Sahara Avenue, Suite 1200_____,
(street address)

____Las Vegas_____, ____Nevada_____, __89102__,
(city)                  (state)              (zip code)

____(702) 873-4100_____, ____jsilvestri@mconaldcarano.com____.
(area code + telephone number)      (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jeff Silvestri_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

LEIF STRICKLAND, PRESIDENT, INTELIDO WEB SERVICES
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5779         JSILVESTRI@MCDONALDCARANO.COM
Bar number                Email address

APPROVED:

Dated: this __13th__ day of __October__, 20 _21_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Certificate of Good Standing

State of Oregon )
) ss.
County of Washington )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**CHRIS SWIFT, BAR NO. 154291**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 1, 2015.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Swift is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 5th day of October, 2021.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*