Rory T. Kay, Esq. (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

Ambika Kumar, Esq. (WA SBN 83237)
(*Pro Hac Vice Application Granted*)
Chris Swift, Esq. (OR SBN 154291)
(*Pro Hac Vice Application Granted*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Ste 3300
Seattle, WA 98104
Telephone: (206) 757-8030
ambikakumar@dwt.com
chrisswift@dwt.com

*Attorneys for Defendant*
*Intrepid Web Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAREK MENTOURI, | Case No.:   2:21-cv-00403-KJD-NJK |
| Plaintiff, | |
| v. | **MOTION FOR REMOVAL OF JEFF SILVESTRI FROM THE CM/ECF SERVICE LIST** |
| INTREPID WEB SERVICES, LLC, | |
| Defendant. | |

Defendant Intrepid Web Services, LLC ("IWS"), by and through its undersigned attorneys, hereby files this Motion for Removal of Jeff Silvestri from the CM/ECF Service List (the "Motion") in the above-captioned matter.

/ / /

/ / /

/ / /

1    This Motion shall also serves as notice that attorney Jeff Silvestri has disassociated as

2    counsel of record in this case.  Accordingly, IWS respectfully requests that Jeff Silvestri's name

3    be removed from the CM/ECF Service List in this matter.

4         Dated:  April 7, 2023.

5                                        MCDONALD CARANO LLP

6

7                                        By /s/ Rory T. Kay
                                              Rory T. Kay, Esq. (NSBN 12416)
8                                             2300 West Sahara Avenue, Suite 1200
                                              Las Vegas, Nevada 89102

9                                             Ambika Kumar, Esq. (WA SBN 83237)
10                                            (*Pro Hac Vice Application Granted*)
                                              Chris Swift, Esq, (OR SBN 154291)
11                                            (*Pro Hac Vice Application Granted*)
                                              DAVIS WRIGHT TREMAINE LLP
12                                            920 Fifth Avenue, Ste 3300
                                              Seattle, WA 98104

13                                            *Attorneys for Defendant Intrepid Web
14                                            Services, LLC*

15

16                                        **IT IS SO ORDERED.**

17

18                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
19

20                                        DATED: April 10, 2023        _____

21

22

23

24

25

26

27

28