# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAREK MENTOURI,<br><br>    Plaintiff(s),<br><br>v.<br><br>INTREPID WEB SERVICES, LLC,<br><br>    Defendant(s). | Case No. 2:21-cv-00403-KJD-NJK<br><br>**ORDER** |

On July 11, 2022, the Court granted a motion to compel arbitration and stayed this case pending that arbitration. Docket No. 20. Unless dismissal papers have been filed in the interim, the parties are **ORDERED** to file a joint status report by May 10, 2024, and every 90 days thereafter.

IT IS SO ORDERED.

Dated: April 18, 2024

                                                                                       _____
                                                                                       Nancy J. Koppe
                                                                                       United States Magistrate Judge