UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAREK MENTOURI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>INTREPID WEB SERVICES, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-00403-KJD-NJK<br><br>**ORDER – Dismissing Case** |

　　On July 11, 2022, the Court granted Defendant's Motion to Compel Arbitration and Stay Claims (#11). (#20). Subsequently, as almost two years passed without a single update, Magistrate Judge Koppe ordered the parties to file a joint report regarding the status of the case. (#24). Defendant filed a status report informing the Court that Plaintiff has not responded to any of its attempts to contact him. (#26, at 1-2). Additionally, Defendant asserts that Plaintiff has not filed for arbitration, nor has he contacted them regarding his intention to arbitrate his claims since this Court's Order on July 11, 2022. Id. at 2. Defendant now argues that dismissal is warranted pursuant to Federal Rule of Civil Procedure 41(b). Id. The Court agrees.

　　Under Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with . . . a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). Here, not only has Plaintiff failed to prosecute his claims, but he has also failed to comply with Magistrate Judge Koppe's Order. (See #24) (requesting parties file a joint status report by May 10, 2024) (emphasis added). Therefore, the Court finds that dismissal of this case is warranted.

　　Accordingly, **IT IS HEREBY ORDERED** that all outstanding claims against Defendant are **DISMISSED**. The Clerk of the Court is kindly directed to enter **JUDGMENT** in favor of Defendant and **CLOSE** the case.

Dated this 17th day of May 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge